```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed September 21, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No: 11-42314 WJL** |
| **JEFFRY ALAN SCHEPERS and DIANNA LYNN SCHEPERS,** | Chapter 13 |
| Debtors. _____/ | ORDER APPROVING LOAN MODIFICATION |

The Court having considered the Debtors' Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Bank of America on the real property located at 75 Atherton Circle, Pittsburg, CA 94565, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

**COURT SERVICE LIST**

**Attorneys for Debtors**
Patrick L. Forte
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612


**Chapter 13 Trustee**
Martha Bronitsky, Trustee
P.O. Box 5004
Hayward, CA 94540


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612

**Debtors**
Jeffry Alan Schepers
Dianna Lynn Schepers
75 Atherton Circle
Pittsburg, CA 94565

Creditor
Bank of America, N.A.
100 Becham Drive, Suite 104 HRM
Home Retention
PITTSBURGH, PA 15205